# DISCIPLINARY REPORT

**INSTITUTION NAME:** Smith State Prison    **CODE #:** 550    **TPM/MAX DATE:**

**I. Offender:** Hall, Alan    **Security:** Close    **ID Number:** 1305818

**II. Offense Data:**

A.
| # | Charge | Code | Plea | Finding |
|---|---|---|---|---|
| 1 | Possession of a Weapon | D3-J | NG | G |
| 2 | | | | |
| 3 | Possession of a Weapon | D3-A | NG | G |

**Date:** 2-28-20    **Time of Offense:** 12:15 AM    **Signature of Reporting Official:** Curtis Whitfield / Curtis Whitfield UM

B. **Factual Statement:** While conducting a controlled search of E2-cell 225 where offender Hall was observed sleeping I found a black touch screen cell phone on the bottom bunk. Offender Hall admitted to being on the bottom bunk. I found a flat metal weapon in the locker box where offender Hall's personal property was stored. All contraband was secured in the facility evidence box.

**Reviewed by the appropriate supervisor:** Edward T Moore Sgt / Edward T Moore Sgt    02-28-2020

C. **Charges served on accused:** 2-28-2020 0133 / Bryan Kelly / Bryan Kelly Sgt

**III. Investigative Report:**
A. **Summary of Investigation:** Rec'd 3/13; Initial 3/13 @ 0905; Completed 3/13 @ 1749. After review of DR, evidence & investigation, I find sufficient evidence to charge offender. Offered plea deal; refused. Rescored, changed for D35 due to incorrect charge. Forward to DHO.

B. **Title:** Investigator    **Signature:**    **Date:** 3-13-2020 DWB

C. **Advocate's Name:** None

**IV. Hearing Officer's Recommendation:**
Greatest ___  High ✓  Moderate ___  Low ___

**Signature:** R Bryan Sgt    **Date:** 3-18-2020

**V. Disposition of disciplinary hearing:**
A. **Justification for Findings:** Based on the factual statement the finding is guilty.

B. **Action Recommended:** 90 days store phone cut priviledge combine charges

C. **TPM Extension:**    **Isolation:**

D. **Offender advised of his/her right to appeal:** Yes ✗  No ___

**Signature of Disciplinary Hearing Officer:** R Bryan Sgt    **Time of Hearing:** 1532    **Date:** 3-18-2020

**VI. Reviewing Officer:**    **Signature:** E. ___    **Title:** ___    **Date:** 3-18-2020