AIAN HAII #1305818
Jackson State Prison, S.M.U.
P.O BOX 3877
Jackson, G.A, 30233



U.S Courts
Middle District Of Georgia
P.O Box 128
MACON, G.A, 31202-0128