# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| ALAN RICHARD HALL, | : |
| Plaintiff, | : |
| VS. | : Case No. 5:23-CV-205-TES-MSH |
| RICK SHEPARD, *et al.*, | : |
| Defendants. | : |

## ORDER

Pending before the Court is Plaintiff's response to the Court's Order to Show Cause for his failure to effect service on all Defendants (ECF Nos. 16, 19). In his response, Plaintiff requests an extension of time to serve all Defendants. Pl.'s Resp. 2, ECF No. 19. Accordingly, consistent with Federal Rule of Civil Procedure 4(m), the Court **GRANTS** Plaintiff an extension of thirty (30) days from the date of this Order to secure proper service as to all Defendants.

Plaintiff states that he "still has all the papers from the Rule 4 service package" that the Court provided to him when it ordered him to serve all Defendants. Pl.'s Resp. 1. Plaintiff is reminded that it is his obligation to serve all Defendants. He cannot just assume that Defendants were served. *See id.* at 2. In its Order directing Plaintiff to serve all Defendants, the Court provided him with limited guidance on securing proper service on Defendants. *See* Order, Sept. 27, 2023, at 11-12, ECF No. 9. As Plaintiff indicates that he still has a copy of that Order, Plaintiff should look to the Court's Order of September 27,

2023, and the Rule 4 service package that was provided to him, for guidance on serving Defendants. Plaintiff is reminded of his obligation to secure proper service on Defendants consistent with Rule 4, or else his action may be dismissed under Rule 4(m).

**SO ORDERED**, this 13th day of February, 2024.

/s/ Stephen Hyles
UNITED STATES MAGISTRATE JUDGE